IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABDU JACKSON,                          )
            Plaintiff,              )       C.A. No. 23-272 Erie
                                           )
           v.                      )       District Judge Susan Paradise Baxter
                                           )       Chief Magistrate Judge Richard A. Lanzillo
WELLPATH, et al.,                      )
            Defendants.              )

**MEMORANDUM ORDER**

Plaintiff Abdu Jackson, a former inmate incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"),[1] initiated this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against the following health care providers at SCI-Forest: Wellpath, a limited liability company with which the DOC contracted to provide medical services to inmates ("Wellpath"); Wellpath employees CRNP Leslie ("Leslie") and CRNP Sharp ("Sharp"); Dr. David Smith ("Smith"), a private physician; and CRNP Strick ("Strick"). The action was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

By prior Orders, the Court previously dismissed with prejudice Plaintiff's claims against Defendants Wellpath, Strick, and Sharp. [See ECF Nos. 38, 40]. As a result, the only claims remaining are against Defendants Leslie and Smith, who, according to Plaintiff, provided medical care that was so deficient it constituted both medical malpractice and a violation of

---

1 Plaintiff has since been paroled and is no longer in the physical custody of the Pennsylvania Department of Corrections ("DOC").

1

Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment. [See ECF No. 6].

On November 11, 2024, Wellpath Holdings, Inc. and its affiliated companies, including Defendant Wellpath (the "Debtors"), filed petitions in the Bankruptcy Court under Chapter 11 of the United States Bankruptcy Code in the Southern District of Texas (the "Bankruptcy Cases"). See In re Wellpath Holdings, Inc., Case No. 24-90533 (Bankr. S.D. Tex.). On May 9, 2025, the Chapter 11 Plan of Reorganization in the Bankruptcy Cases was confirmed and all claims and causes of action against the Debtors were discharged. In addition, the Plan contained a "Third-Party Release" relating to claims against current and former employees of the Debtors, including employees of Wellpath like Defendant Leslie. As a result, under Article IX of the Plan, Plaintiff was required to "opt out" of the Third-Party Release if he wished to preserve his claims against Defendant Leslie; however, Plaintiff failed to do so.

Thus, on October 7, 2025, Defendant Leslie filed a motion to dismiss [for failure to opt out] [ECF No. 56], to which Plaintiff ultimately filed a response. [ECF No. 66].

On April 16, 2026, Chief Magistrate Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Defendant Leslie's motion to dismiss be granted based on the Third-Party Release in the Debtors' confirmed Bankruptcy Plan, and that all claims against Defendant Leslie be dismissed accordingly. Objections to the R&R were due to be filed by May 4, 2026; however, no timely objections have been received by the Court.

Thus, after *de novo* review of the documents in this case, together with the report and recommendation, the following order is entered:

2

AND NOW, this 12th day of May, 2026,

IT IS HEREBY ORDERED that the motion to dismiss filed by Defendant Leslie [ECF No. 56] is GRANTED and all claims against Defendant Leslie are DISMISSED with prejudice, based on the Third-Party Release contained in the Chapter 11 Plan of Reorganization that was confirmed by the Bankruptcy Court on May 9, 2025, in In re Wellpath Holdings, Inc., Case No. 24-90533 (Bankr. S.D. Tex.). The report and recommendation of Chief Magistrate Judge Lanzillo, dated April 16, 2026 [ECF No. 69], is adopted as the opinion of this Court.

The Clerk is directed to terminate Defendant Leslie from this case.


SUSAN PARADISE BAXTER
United States District Judge


cc:     The Honorable Richard A. Lanzillo
        Chief United States Magistrate Judge

        All parties of record

3